JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KENNETH BURGARIN, | Case No.: 2:24-cv-02797-JDE |
| Plaintiff, | |
| vs. | JUDGMENT OF REMAND |
| MARTIN O'MALLEY, Commissioner of Social Security, | |
| Defendant. | |

The Court having approved the parties' Stipulation to Remand (Dkt. 11, "Stipulation to Remand") and entered an Order of Remand,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: June 06, 2024

JOHN D. EARLY
United States Magistrate Judge